458 A.2d 613

Commonwealth v. Schwartz, Appellant.

Reargument Denied May 2, 1983.

Petition for Allowance of Appeal
Denied Aug. 31, 1983.

Submitted February 18, 1982. Frank P. Murphy, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTGOMERY, JJ.

The order of the lower court is affirmed.